IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41111
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN TOMAS CASTILLO-PEREZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-272-1
--------------------
February 20, 2003

Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Juan Tomas Castillo-Perez appeals his guilty-plea conviction
for being an alien found in the United States after deportation,
having been previously convicted of an aggravated felony, in
violation of 8 U.S.C. § 1326(a) and (b).  Castillo argues that
the magistrate judge lacked jurisdiction to conduct his guilty
plea hearing, which was held prior to the district court's
referral for that purpose.  The defect in the order of referral
was a procedural error and subject to waiver.  See United States

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

v. Bolivar-Munoz, 313 F.3d 253, 256-57 (5th Cir. 2002). Because Castillo did not object on this basis in the district court, and because the guilty plea was subject to meaningful judicial review, Castillo waived the right to raise this procedural defect as a basis for relief from his guilty plea. See id.

The judgment of the district court is therefore AFFIRMED.